File No.:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Kimberly R. Thompson, | : | Case No.  18-20557 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No.  131 |

### CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtor, certify that on April 19, 2022, I served a copy of the Court's April 18, 2022, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Reach Cyber Charter School, Attn: Payroll Manager, 750 East Park Drive, Suite 204, Harrisburg, PA 17111.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: April 19, 2022

ZEBLEY MEHALOV & WHITE, P.C.

BY

/s/ Daniel R. White
Daniel R. White
PA I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
724-439-9200
Attorneys for Debtor